UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MATTHEW ALLEN HAMILTON
        Plaintiff,                        Civil Action No. 3:20-01756-JR
vs.

ANDREW SAUL                             ORDER GRANTING AWARD
COMMISSIONER of Social Security,     OF EAJA FEES, EXPENSES
        Defendant                              COSTS

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $**4,623.23**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

    DATED this 29th day of July, 2021

                                                /s/ Jolie A. Russo
                                              Jolie A. Russo
                                              U.S. Magistrate Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309